IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| DEBORAH PETTRY, derivatively on behalf of FEDEX CORPORATION, | § § § | No. 239, 2021 |
| Plaintiff Below, Appellant, | § § | |
| v. | § § | Court Below: Court of Chancery of the State of Delaware |
| FREDERICK W. SMITH, DAVID J. BRONCZEK, ALAN B. GRAF, JR., HENRY J. MAIER, DAVID P. STEINER, SHIRLEY ANN JACKSON, JOHN A. EDWARDSON, JOSHUA A. RAMO, R. BRAD MARTIN, KIMBERLY A. JABAL, PAUL S. WALSH, SUSAN C. SCHWAB, MARVIN R. ELLISON, JOHN C. INGLIS, STEVEN R. LORANGER, GARY W. LOVEMAN, and JAMES L. BARKSDALE, | § § § § § § § § § § § § § § § | C.A. No. 2019-0795 |
| Defendants Below, Appellees, | § § | |
| and | § § | |
| FEDEX CORPORATION, a Delaware corporation, | § § § | |
| Nominal Defendant Below, Appellee. | § § § | |

Submitted: January 26, 2022
Decided: February 25, 2022

Before **VALIHURA**, **VAUGHN**, and **MONTGOMERY-REEVES**, Justices.

# **O R D E R**

Now this 25th day of February 2022, the Court having considered this matter on the

briefs and oral arguments of the parties and the record below, and having concluded that

the same should be affirmed on the basis of and for the reasons assigned by the Court of Chancery in its Memorandum Opinion dated June 28, 2021;

NOW, THEREFORE, IT IS ORDERED that the decision of the Court of Chancery be and the same hereby is AFFIRMED.

BY THE COURT:

*/s/ Karen L. Valihura*
Justice